**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DENNIS ALLEN FALLS, ) <br> ) <br> Defendant. ) <br> ) | 2:10-CR-0138-JCM-LRL <br><br><br> **ORDER** |

IT IS HEREBY ORDERED that Assistant Federal Public Defender Raquel Lazo is APPOINTED as counsel for Dennis Allen Falls in place of Jess Marchese, Esq. for all future proceedings.

Mr. Marchese shall forward the file to Ms Lazo forthwith.

DATED this 27th day of April, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**