UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br><br>vs.<br><br>DENNIS ALLEN FALLS,<br><br>_____Defendant._____ | District No.   2:10-CR-0138-JCM-LRL |

ORDER TEMPORARILY UNSEALING TRANSCRIPT

On April 29th, 2011 this court received a transcript order form dated April 27th, 2011 requesting a Transcript of the hearing held on April 21st, 2011 from Ms. Raquel Lazo, Counsel for Defendant Dennis Allen Falls, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defendant Counsel Raquel Lazo.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 31st day of May, 2011.

James C. Mahan
United States District Judge