1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>DENNIS ALLEN FALLS,<br><br>             Defendant. | 2:10-CR-138 JCM (VCF) |

**ORDER**

        Presently before the court is defendant Dennis Allen Falls' *pro se* motion to seal judgment. (Doc. #79).

        Federal Public Defender Raquel Lazo has appeared for defendant in this case. (Doc. #59). Therefore, pursuant to Local Rule IA 10-6(a), defendant cannot file *pro se* motions. *See* Local Rule IA 10-6(a) (stating "[a] party who has appeared by attorney cannot while so represented appear or act in the case").

        Accordingly,

        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Dennis Allen Falls' *pro se* motion to seal judgment (doc. #79) be, and the same hereby is, DENIED.

        DATED December 19, 2011.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge